IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff/Respondent,<br><br>vs.<br><br>Jason Todd Mogler,<br><br>　　　　　Defendant/Movant. | No. CV-20-00173-PHX-SPL<br>(No. CR-15-01118-PHX-SPL)<br><br>**ORDER** |

Movant Jason Todd Mogler has filed an Amended Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 ("Motion") (Docs. 16, 18). The Honorable Deborah M. Fine, United States Magistrate Judge, has issued a Report and Recommendation ("R&R"), recommending that the Court deny the Motion (Doc. 62). Judge Fine advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R (Doc. 62 at 57–58). *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not… require any review at all… of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to.").

The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will adopt the R&R and deny the Motion. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED:**

1. That Magistrate Judge Deborah M. Fine's Report and Recommendation (Doc. 62) is **accepted** and **adopted** by the Court;

2. That the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (CV-20-00173-PHX-SPL, Doc. 16; CR-15-01118-PHX-SPL, Doc. 735) is **denied** without an evidentiary hearing;

3. That this case is **dismissed with prejudice**;

4. That a certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**;

5. That the Clerk of Court shall file this Order in the underlying related criminal action, Case No. CR-15-01118-PHX-SPL; and

6. That the Clerk of Court shall enter judgment accordingly and **terminate** this action.

Dated this 15th day of October, 2021.

Honorable Steven P. Logan
United States District Judge